**Herman A. SETSER, Appellant, v. UNITED STATES of America, Appellee.**

**Marion J. SMITH, Appellant, v. SAME.**

Nos. 8807, 8808.

United States Court of Appeals
District of Columbia

Argued Jan. 17, 1945.

Decided Feb. 5, 1945.

Mr. John T. Bonner, of Washington, D. C. (appointed by District Court), for appellants.

Mr. Charles B. Murray, Assistant United States Attorney, of Washington, D. C., with whom Messrs. Edward M. Curran, United States Attorney, and T. Peter Ansberry, Assistant United States Attorney, both of Washington, D. C., were on the brief, for appellee.

Before GRONER, Chief Justice, and MILLER and ARNOLD, Associate Justices.

PER CURIAM.

A careful examination of the record discloses no reversible error, and the judgment is, therefore,

Affirmed.